**Larry LAND, Sued as Larry D. Land, Appellant,**

v.

**INTERNAL REVENUE SERVICE; Blaine Holiday, Appellees.**

No. 03–1260.

United States Court of Appeals, Eighth Circuit.

Submitted Aug. 7, 2003.

Decided Aug. 12, 2003.

Before WOLLMAN, FAGG, and MORRIS SHEPPARD ARNOLD, Circuit Judges.

PER CURIAM.

Larry Land appeals the district court's[1] dismissal of his civil complaint and the denial of his motion to reconsider. Having

carefully reviewed the record, we conclude that dismissal was proper for the reasons explained by the district court, and that the district court did not abuse its discretion in denying the motion to reconsider. Accordingly, we affirm. *See* 8th Cir. R. 47B.

[1] The Honorable Donovan W. Frank, United States District Judge for the District of Minnesota, adopting the report and recommendations of the Honorable Susan Richard Nelson, United States Magistrate Judge for the District of Minnesota.